UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD L. CAIN, | ) | NO. CV 11-5390-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| CITY OF VENTURA, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

   IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the Complaint without leave to amend and dismissing the action without prejudice for lack of subject matter jurisdiction.

///
///
///
///
///
///

1       IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
2  of this Order and the Judgment of this date on Plaintiff.

4  DATED: September 21, 2011

                                _____
                                        DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE