**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD L. CAIN, | ) | NO. CV 11-5390-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| CITY OF VENTURA, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the Complaint without leave to amend and dismissing the action without prejudice for lack of subject matter jurisdiction.

///
///
///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
2 of this Order and the Judgment of this date on Plaintiff.
3
4 DATED: September 21, 2011

                              _____
                                       DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE

2