1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  RICHARD L. CAIN,                )      NO. CV 11-5390-DMG(E)
                                    )
12           Plaintiff,             )
                                    )
13      v.                          )              JUDGMENT
                                    )
14  CITY OF VENTURA, et al.,        )
                                    )
15           Defendants.            )
    _____)

16

17

18      IT IS ADJUDGED that the Complaint is dismissed without leave to

19  amend and the action is dismissed without prejudice for lack of

20  subject matter jurisdiction.

21

22  DATED: September 21, 2011

23

24                              _Dolly M. Gee_

25                    _____

26                              DOLLY M. GEE
                       UNITED STATES DISTRICT JUDGE

27

28