**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD L. CAIN, | ) | NO. CV 11-5390-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF VENTURA, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Complaint is dismissed without leave to amend and the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: September 21, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE